RYAN P. STEEN, Bar No. 0912084
ryan.steen@stoel.com
JASON T. MORGAN, Bar No. 1602010
jason.morgan@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  206.624.0900

*Attorneys for Plaintiff ConocoPhillips Alaska, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>DEPARTMENT OF INTERIOR;<br>SECRETARY DEBRA HAALAND, in her<br>official capacity as Secretary of U.S.<br>Department of Interior; and U.S. BUREAU<br>OF LAND MANAGEMENT,<br><br>    Defendants. | Case No. 3:24-cv-00142-SLG |

## DECLARATION OF SERVICE

I, Jason T. Morgan, declare as follows:

1.  I am an attorney at the law firm of Stoel Rives LLP and counsel of record for ConocoPhillips Alaska, Inc., in the above-entitled action.

2.  On July 8, 2024, copies of the Complaint, Summons, and other case initiating documents were served VIA USPS Certified Mail, return receipt requested, on the following party:

123973826.1 0028116-00171

Civil Process Clerk
Office of the U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK 99513

Certified U.S. Mail
9590 9266 9904 2222 5308 99
Signed for on July 15, 2024.

A true and correct copy of the confirmation of delivery is attached to this declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

DATED: July 31, 2024.                    STOEL RIVES LLP


                                         _/s/ Jason T. Morgan_
                                         RYAN P. STEEN, Bar No. 0912084
                                         ryan.steen@stoel.com
                                         JASON T. MORGAN, Bar No. 1602010
                                         jason.morgan@stoel.com

                                         *Attorneys for Plaintiff ConocoPhillips
                                         Alaska, Inc.*

*ConocoPhillips Alaska, Inc. v. DOI, et al.*,
Case No. 3-24-cv-00142-SLG                    2
123973826.1 0028116-00171
Case 3:24-cv-00142-SLG   Document 6   Filed 07/31/24   Page 2 of 2