# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

VOICE OF THE ARCTIC IÑUPIAT,

        Plaintiff,

    v.

BUREAU OF LAND MANAGEMENT, *et al.*,

        Defendants.

Case No. 3:24-cv-00136-SLG

---

CONOCOPHILLIPS ALASKA, INC.,

        Plaintiff,

    v.

DEPARTMENT OF INTERIOR, *et al.*,

        Defendants.

Case No. 3:24-cv-00142-SLG

---

NORTH SLOPE EXPLORATION, LLC, *et al.*,

        Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

        Defendants.

Case No. 3:24-cv-00143-SLG

STATE OF ALASKA,

                Plaintiffs,

        and

ALASKA OIL & GAS
ASSOCIATION,

                Intervenor-Plaintiff,

        v.

BUREAU OF LAND
MANAGEMENT, *et al.*,

                Defendants.

Case No. 3:24-cv-00144-SLG

---

NORTH SLOPE BOROUGH,

                Plaintiffs,

        v.

BUREAU OF LAND
MANAGEMENT, *et al.*,

                Defendants.

Case No. 3:24-cv-00145-SLG

## <u>ORDER RE CONSOLIDATION</u>

The Court issued a Notice of Intent to Consolidate in each of these five

related cases on October 17, 2024. Many of the parties filed statements in

response to the notice, as requested by the Court. For the reasons set forth by

Case No. 3:24-cv-00136-SLG, *Voice of the Arctic Iñupiat v. BLM, et al.*
Case No. 3:24-cv-00142-SLG, *ConocoPhillips Alaska, Inc. v. Department of Interior, et al.*
Case No. 3:24-cv-00143-SLG, *North Slope Exploration, et al. v. U.S. Dept. of Interior, et al.*
Case No. 3:24-cv-00144-SLG, *SOA v. BLM, et al.*
Case No. 3:24-cv-00145-SLG, *North Slope Borough v. BLM, et al.*

the Federal Defendants' in their statement,[1] the Court finds that consolidation is not warranted. Upon consideration of the relative advantages and disadvantages of consolidation, including the fact that it appears each plaintiff in these five separate actions intends to retain its separate identify and advance its own arguments, the Court finds that the benefits of consolidation are outweighed by the disadvantages of proceeding collectively. Even without consolidation of the actions, the Court intends to hear any argument and issue any ruling in the five cases in a coordinated manner. Therefore, these cases will not be consolidated, but the parties are strongly encouraged to continue to coordinate their briefing and case management in these related cases.

DATED this 18th day of November 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[1] Case No. 3:24-cv-00136-SLG at Docket 28; Case No. 3:24-cv-00142-SLG at Docket 25; Case No. 3:24-cv-00143-SLG at Docket 26; Case No. 3:24-cv-00144-SLG at Docket 38; and Case No. 3:24-cv-00145-SLG at Docket 27.

Case No. 3:24-cv-00136-SLG, *Voice of the Arctic Iñupiat v. BLM, et al.*
Case No. 3:24-cv-00142-SLG, *ConocoPhillips Alaska, Inc. v. Department of Interior, et al.*
Case No. 3:24-cv-00143-SLG, *North Slope Exploration, et al. v. U.S. Dept. of Interior, et al.*
Case No. 3:24-cv-00144-SLG, *SOA v. BLM, et al.*
Case No. 3:24-cv-00145-SLG, *North Slope Borough v. BLM, et al.*