ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
(202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VOICE OF THE ARCTIC IÑUPIAT, <br><br> Plaintiff, <br> v. <br><br> BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants. | Case No. 3:24-cv-00136-SLG |
| CONOCOPHILLIPS ALASKA, INC., <br><br> Plaintiff, <br> v. <br><br> DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants. | Case No. 3:24-cv-00142-SLG |
| NORTH SLOPE EXPLORATION, LLC, et al., <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants. | Case No. 3:24-cv-00143-SLG |

*Voice of the Arctic Iñupiat v. BLM, et al*         Case Nos. 3:24-cv-00136, -142, -143, -144, -145-SLG
STIP. OF VOLUNTARY DISMISSAL                                                                                   1

Case 3:24-cv-00142-SLG     Document 49     Filed 02/20/26     Page 1 of 5

| | |
|---|---|
| STATE OF ALASKA,<br><br>        Plaintiff,<br>  and<br><br>ALASKA OIL AND GAS ASSOCIATION,<br><br>        Intervenor-Plaintiff,<br>  v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>        Defendants. | Case No. 3:24-cv-00144-SLG |
| NORTH SLOPE BOROUGH,<br><br>        Plaintiff,<br>  v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>        Defendants. | Case No. 3:24-cv-00145-SLG |

## STIPULATION OF VOLUNTARY DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in each of these actions hereby stipulate to voluntary dismissal of each action without prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

DATED: February 20, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702

*Voice of the Arctic Iñupiat v. BLM, et al*  Case Nos. 3:24-cv-00136, -142, -143, -144, -145-SLG
STIP. OF VOLUNTARY DISMISSAL  2

202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

JOSHUA HANSON
LINDSAY CRONIN
Office of the Solicitor
United States Department of the Interior

ASHBURN & MASON, P.C.

*/s/ Matthew T. Findley*  (consent)
Matthew T. Findley (AK Bar No. 0504009)
1227 W. Ninth Ave., Suite 200
Anchorage, AK 99501
907-276-4331
matt@anchorlaw.com

*Counsel for Plaintiff* (No. 24-cv-136)

STOEL RIVES LLP

*/s/ Jason T. Morgan*  (consent)
RYAN P. STEEN, Bar No. 0912084
ryan.steen@stoel.com
JASON T. MORGAN, Bar No. 1602010
jason.morgan@stoel.com

*Attorneys for Plaintiff ConocoPhillips Alaska, Inc.* (No. 24-cv-142)

*/s/ Malinda Morain* (consent)
Theresa Sauer (admitted *pro hac vice*)
Malinda Morain (admitted *pro hac vice*)
BEATTY & WOZNIAK, P.C.
1675 Broadway Street, Suite 600
Denver, CO 80202
303-407-4499
tsauer@bwenergylaw.com
mmorain@bwenergylaw.com

*Attorneys for Plaintiffs* (No. 24-cv-143)

*Voice of the Arctic Iñupiat v. BLM, et al*     Case Nos. 3:24-cv-00136, -142, -143, -144, -145-SLG
STIP. OF VOLUNTARY DISMISSAL                                                                    3

Case 3:24-cv-00142-SLG     Document 49     Filed 02/20/26     Page 3 of 5

STEPHEN J. COX
ATTORNEY GENERAL

Ronald W. Opsahl (Alaska Bar No. 2108081)
Gracie E. Holden (Alaska Bar No. 1905043)
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
907-269-5232
ron.opsahl@alaska.gov
gracie.holden@alaska.gov

By: /s/ *Kathleen C. Schroder* (consent)
Kathleen C. Schroder (admitted *pro hac vice*)
Mark E. Champoux (admitted *pro hac vice*)
Davis Graham & Stubbs LLP
3400 Walnut St., Suite 700
Denver, CO 80205
303-892-9400
katie.schroder@davisgraham.com
mark.champoux@davisgraham.com

*Attorneys for the State of Alaska* (No. 24-cv-144)

/s/ *Andrew C. Lawrence* (consent)
PAUL D. CLEMENT (admitted *pro hac vice*)
 *Counsel of Record*
ANDREW C. LAWRENCE (admitted *pro hac vice*)
KEVIN WYNOSKY (admitted *pro hac vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
202-742-8900
paul.clement@clementmurphy.com
andrew.lawrence@clementmurphy.com
kevin.wynosky@clementmurphy.com

*Counsel for Intervenor-Plaintiff
Alaska Oil and Gas Association* (No. 24-cv-144)

/s/ *Tyson C. Kade* (consent)
Tyson C. Kade (admitted *pro hac vice*)
Melinda Meade Meyers
VAN NESS FELDMAN, LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
202-298-1800
tck@vnf.com
mmm@vnf.com

*Voice of the Arctic Iñupiat v. BLM, et al*   Case Nos. 3:24-cv-00136, -142, -143, -144, -145-SLG
STIP. OF VOLUNTARY DISMISSAL                                                                    4

Case 3:24-cv-00142-SLG   Document 49   Filed 02/20/26   Page 4 of 5

Charlene Koski (admitted *pro hac vice*)
VAN NESS FELDMAN, LLP
1191 Second Avenue, Suite 1800
Seattle, WA 98101
206-623-9372
cbk@vnf.com

*Counsel for Plaintiff North Slope Borough*
*(No. 24-cv-145)*


/s/ *Suzanne Bostrom* (consent)
Suzanne Bostrom (AK Bar No. 1011068)
Brook Brisson (AK Bar No. 0905013)
Bridget Psarianos (AK Bar. No 1705025)
TRUSTEES FOR ALASKA

*Attorneys for Intervenor-Defendants*
*Northern Alaska Environmental Center, Alaska*
*Wilderness League, Environment America, and Sierra*
*Club*

/s/ *Jeremy Lieb* (consent)
Jeremy Lieb (Alaska Bar No. 1810088)
Erik Grafe (Alaska Bar No. 0804010)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: jlieb@earthjustice.org
E: egrafe@earthjustice.org

*Attorneys for Intervenor-Defendants Friends of the*
*Earth, The Wilderness Society, National Audubon*
*Society, and Natural Resources Defense Council*


## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ *Paul A. Turcke*
Paul A. Turcke

*Voice of the Arctic Iñupiat v. BLM, et al*    Case Nos. 3:24-cv-00136, -142, -143, -144, -145-SLG
STIP. OF VOLUNTARY DISMISSAL                                                                 5

Case 3:24-cv-00142-SLG    Document 49    Filed 02/20/26    Page 5 of 5